UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WANAG TAHATAN-BEY, et al.,

      Plaintiffs,

    v.

EQUITY PRIME MORTGAGE, LLC, et al.,

      Defendants.

Case No. 25-cv-07345-WHO

**ORDER DISMISSING CASE**

On April 23, 2026, I dismissed the existing complaint and gave plaintiffs limited leave if they wanted to allege claims against defendant Planet Home Lending, LLC regarding the servicing of their mortgage loan separate from any challenge to PHL's authority to collect on that loan. *See* Dkt. No. 62; *see also* Dkt. No. 64 (denying motion for reconsideration). I advised plaintiffs that if they did not file an amended complaint by May 13, 2025, I would dismiss the case, enter judgment, and allow plaintiffs to proceed with an appeal. Dkt. No. 64 at 2; *see also* Dkt. No. 66 (denying motion to stay).

As of the date of this Order, plaintiffs have not filed an amended complaint. Therefore, for the reasons described in my prior Orders at Dkt. Nos. 48, 62, 64, 66, all claims in this case are DISMISSED with prejudice. Judgment will be entered separately.

**IT IS SO ORDERED.**

Dated: May 26, 2026



William H. Orrick
United States District Judge

United States District Court
Northern District of California